MINUTE ENTRY          10:45 a.m.

UNITED STATES OF AMERICA -v- FRANCIS YANGIRELFIL

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   SANAE N. SHMULL, COURT REPORTER
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
   STEVE PIXLEY, ATTORNEY FOR DEFENDANT (Court-appointed)
   FRANCIS YANGIRELFIL, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

 Defendant appeared with counsel, Attorney Steve Pixley. Government was represented by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

 Defendant was sworn and examined as to his health, state of mind, understanding of the charges in the Information and his constitutional rights.

 Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

 Defendant waived reading of the information and entered a plea of GUILTY. Court accepted defendant's plea of guilty and the plea agreement. Court ordered that sentencing be scheduled for Friday, July 8, 2005 at 9:30 a.m. That presentence investigation report shall be due June 7, 2005.

 Government had no objection to the defendant being at liberty with unsecured bond and minimal supervision. Court ordered the defendant released under the following conditions:

 1. That the defendant post a $25,000 unsecured bond;

 2. That the defendant shall submit to pretrial services supervision under the direction of the United State Probation Office;

 3. That the defendant must not leave the island of Saipan without written approval of the Court;

 4. That the defendant not break any federal, state, or local laws:

 5. That the defendant not move from his residence without first contacting his counsel, the U.S. Probation Office, the Court and the U.S. Marshal;

 6. That the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner;

7.  That the defendant shall refrain from the use of any alcohol; and

8.  That the defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the earing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

 Defendant was remanded into the custody of the U.S. Marshal for processing and ordered to go directly to the Clerk's Office to process the necessary paperwork.

    Adj. at 11:15 a.m.


;   [KLL EOD 04/04/2005]