DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND NMI

      I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **August 19, 2005**, as File number **05-2443** is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

| | | | |
|---|---|---|---|
| Name of Defendant: | Francis Yangirelfil | Address: | Saipan, MP 96950 |
| SSN: | XXX-XX-0402 | | |
| DOB: | XX-XX-1961 | | |

Court Imposing Judgment:  U.S. District Court for the Northern Mariana Islands
      Court Number:  CR 05-00014

Amount of Judgment:  $1,100.00

Place of filing:  NMI

WITNESS my hand at Hagåtña, Guam, on this, the __8th__ day of August, 2006.

      /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      marivic.david@usdoj.gov