F I L E D
 Clerk
 District Court

JUN 2 5 2007

For The Northern Mariana Islands
By_____
 (Deputy Clerk)

# DISTRICT COURT OF THE NORTHERN MARIANA ISLANDS

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,           )<br>    vs.                              )<br>                                       )<br>FRANCIS YANGIRELFIL,    )<br>         Defendant.         )<br>_____ ) | CRIMINAL CASE NO. 05-00014-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

   COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of the passport held by the Court, Federated States of Micronesia Passport Number M087308, as his term of probation expired on June 22, 2007.

   Dated this  22nd  day of June 2007.

_____
MELINDA N. BRUNSON
U.S. Probation Officer

## ORDER

   On the application of U.S. Probation Officer Melinda N. Brunson, the Clerk of Court is hereby ordered to release the passport belonging to the offender.

   Dated this  25TH  day of June 2007.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands