PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

## UNITED STATES DISTRICT COURT

FOR THE

_District of the Northen Mariana Islands_

F I L E D
Clerk
District Court

JUN 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 05-00014-001 |
| FRANCES YANGIRELFIL | |

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 22, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  AUSA
     Defense Counsel
     File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 27TH day of June 2007.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands